In the Matter of the Application of MARTIN SKELSON, as General Guardian, etc., for Payment of Award Made for Parcel No. 7 on the Damage Map and in the Final Decree of the Supreme Court as to Damage, etc. (Broadway and Campbell Avenue, North of Market Street, Adjoining Public School No. 18, West Brighton, Borough of Richmond.) — Motion to direct the chamberlain of

* See App. Div. Rules, 2d Dept., rule 12.— [REP.

the city of New York to pay award granted. Order signed. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.